IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARIE TOOLE and CHRIS TOOLE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:06cv652- |
| ) | |
| MATTHEW CHUPP; ) | |
| DON BRAMLETT and ALFA ) | |
| INSURANCE COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

RECEIVED 2006 JUL 21 P 4: 32

## JOINDER IN REMOVAL

Alfa Mutual Insurance Company, co-defendant in this action, through its counsel of record, Courtney R. Potthoff, hereby joins in the Notice of Removal heretofore filed by the Defendants Matthew Chupp and Don Bramlett.

Courtney R. Potthoff  ASB 4565-057C

OF COUNSEL:

WILLIAMS, POTTHOFF, WILLIAMS
    & SMITH, L.L.C.
Post Office Box 880
Eufaula, Alabama  36072-0880
Telephone  (334) 687-5834
Facsimile  (334) 687-5722

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 21st day of July, 2006, served a copy of the above and foregoing Joinder in Removal upon the following counsel of record, by depositing a copy of same in the United States Mail, properly addressed, postage prepaid:

Jim S. Calton, Jr., Esq.
CALTON & CALTON
Post Office Box 895
Eufaula, Alabama 36072-0895

Randall C. Morgan, Esq.
HILL, HILL, CARTER, FRNACO, COLE
    & BLACK
Post Office Box 116
Montgomery, Alabama 36101-0116

_____
Of Counsel