IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARIE TOOLE and CHRIS TOOLE,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> v.   ) <br> ) <br> ALFA MUTUAL INSURANCE CO.,  ) <br> MATTHEW CHUPP; and DON  ) <br> BRAMLETT,  ) <br> ) <br> Defendants.  ) | CIVIL ACTION NO. 2:06CV652-VPM <br> [WO] |

**ORDER ON MOTION**

On 7 August 2006, the plaintiffs filed a Motion to Remand (Doc. # 6). Upon consideration of the motion, and for good cause, it is ORDERED as follows:

1. The defendants shall file their responses to the motion on or before 25 August 2006.

2. Because the motion to remand is deemed a dispositive motion, even though this case is assigned to the undersigned Magistrate Judge, the parties have not yet consented to disposition of this case by a Magistrate Judge. Therefore, on or before 25 August 2006, all of the parties are DIRECTED to notify the Clerk of the court whether they wish to consent to the Magistrate Judge in writing by sending a completed consent form to the Clerk of the court. A copy of the form is enclosed for a party's use. The parties are ADVISED that they may freely decline to consent without adverse consequences.

DONE this 10th day of August, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARIE TOOLE and CHRIS TOOLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06CR652-VPM |
| | ) | [WO] |
| ALFA MUTUAL INSURANCE CO., MATTHEW CHUPP; and DON BRAMLETT, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____    _____
DATE                                                      SIGNATURE


                                                   _____
                                                   COUNSEL FOR (print name of all parties)


                                                   _____
                                                   ADDRESS, CITY, STATE, ZIP CODE


                                                   _____
                                                   TELEPHONE NUMBER