IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MARIE TOOLE and<br>CHRIS TOOLE, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | CIVIL ACTION NO.<br>2:06cv652-MHT |
| MATTHEW CHUPP, et al., | )<br>) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion to remand (Doc. No. 6) is set for on-the-record oral argument on September 13, 2006, at 8:30 a.m. Counsel for plaintiffs are to arrange for the argument to be conducted by telephone.

DONE, this the 11th day of September, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**