# __MINUTES__

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE          AT MONTGOMERY   ALABAMA

DATE COMMENCED   September 13, 2006          AT   8:31   A.M./P.M.

DATE COMPLETED   September 13, 2006          AT   8:53   A.M./P.M.

MARIE TOOLE, et al.

    plaintiff

      v.                                    Civil Action
                                            2:06-cv-652-MHT
MATTHEW CHUPP, et al.

    defendants

---

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Atty Jimmy S. Calton, Jr. | X | Atty Randall C. Morgan |
|  | X | Atty Courtney R. Potthoff (Alfa) |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Danielle Goldstein, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

---

PROCEEDINGS:

( )  NONJURY TRIAL
(X)  OTHER PROCEEDING          ON-THE-RECORD ORAL ARGUMENT (TELEPHONE)
                               RE: MOTION TO REMAND

8:31 a.m                       Conference call convenes. Parties' oral
                               argument regarding motion to remand. Matter
                               taken under advisement, order to issue.
8:53 a.m                       Hearing concluded.