IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| MARIE TOOLE AND<br>CHRIS TOOLE,<br><br>    Plaintiff,<br><br>vs.<br><br>ALFA MUTUAL INSURANCE CO;<br>MATTHEW CHUPP;<br>DON BRAMLETT, Fictious Defendants A-F<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NUMBER<br>)  2:06-CV-652-VPM<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S RULE 26(a)(1) DISCLOSURES**

**Witnesses**

1. Marie Toole

2. Chris Toole

3. Any person named by the Defendants in their witness disclosure.

4. Any person needed for rebuttal.

5. Any person needed for authentication of any record or document.

6. Any person that maybe revealed through discovery but who is unknown or unknowable at this time to the Plaintiff.

7. Any person needed as impeachment.

8. Dr. William Hanson-Southern Bone & Joint

9. Dr. Roy Hall-Southern Bone & Joint

10. Mrs. Laurie White-Covenant Rehabilitation

11. Dr. Jeffery Bush

12. Don & Lucinda Bramlett

13. Matthew Chupp

14. Records Clerk-Flowers Hospital

15. Officer Allen Hinson

16. Records Clerk-Southeast Alabama Medical Center

17. Dr. Barry Sadler - Superintendent Eufaula City Schools

18. Mr. John DeLoach, CPA- DeLoach & Wingate

19. Records Clerk-Dothan Surgery

20. Justin Dismukes-Adjuster Precision Body

21. Any person needed to prove any item of damages as already produced to the Defendants.

**Documents**

1. All documents previously disclosed to Defendant.

2. All documents which would tend to support the Plaintiff's claims for damages that have been or will be made available to the Defendants.

**Damages**

1. A computation of damages as already disclosed to the Defendants.

2. Any additional computations that may be supported and/or proved by expert testimony.

**Insurance Agreement**

1. A copy of the under insured motor carrier provision from Alfa Insurance which has already been provided to the Defendant.

       (s) Jim S. Calton, Jr.  
       Jim S. Calton, Jr.  
       226 East Broad Street  
       P.O. Box 895  
       Eufaula, AL 36072-0895  
       (334) 687-3563  

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by placing same in the U.S.mail, postage paid August 4, 2006 and properly addressed and electronically emailed to.

Randall C. Morgan, Esq.  
HILL, HILL, CARTER  
PO Box 116  
Montgomery, Alabama 36101  
rmorgan@hillhillcarter.com  

Courtney R. Potthoff, Esq.  
WILLIAMS, POTTHOFF  
PO Box 880  
Eufaula, Alabama 36027  
copotthoff@mindspring.com  

This the  16  day of October, 2006.       (s) Jim S. Calton, Jr.  
                                                      OF COUNSEL