**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 17, 2006

# NOTICE OF NON-COMPLIANCE

To:   ALL COUNSEL OF RECORD

**Case Style:   Toole et al v. Chupp et al**

**Case Number:   2:06-cv-00652-MHT**

**Referenced Pleading:  Witness List**

**Docket Entry Number:   16**

**The referenced pleading was electronically filed on \*\*\*October 16, 2006\*\*\*in this case and is not in compliance with the  local rules and/or administrative procedures of this court.  This pleading was incorrectly docketed as a witness list but is Rule 26(a)(1) disclosures.**

**\*\*\*\*\*\*This pleading is discovery and is not allowed pursuant to Local Rule 5.1 NON-FILING OF CIVIL DISCOVERY.**

**The pleading is hereby STRICKEN from the record and the parties are instructed to disregard the entry of this pleading on the court's docket.  Parties should be aware that the striking of this entry does not affect their responsibilities as to the discovery process.**