IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARIE TOOLE and ) | |
| CHRIS TOOLE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv652-MHT |
| ) | |
| MATTHEW CHUPP, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is ORDERED that the motion for summary judgment (doc. no. 18) is set for submission, without oral argument, on January 26, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 9th day of January, 2007.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE