IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MARIE TOOLE and           )
CHRIS TOOLE,              )
                          )
    Plaintiffs,           )
                          )     CIVIL ACTION NO.
    v.                    )     2:06cv652-MHT
                          )
MATTHEW CHUPP, et al.,    )
                          )
    Defendants.           )
```

ORDER

It is ORDERED as follows:

(1) The motion to dismiss (doc. no. 20) is granted.

(2) The wantoness claim against Matthew Chupp is dismissed.

(3) The wantoness and negligent entrustment claims against defendant Don Bramlett are dismissed.

(4) Defendant Bramlett is dismissed from this cause completely.

The court assumes that defendants have no objection

to the allowance of the motion; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 11th day of January, 2007.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**