IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARIE TOOLE and CHRIS TOOLE, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:06cv652-MHT |
| MATTHEW CHUPP, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

In light of defendants' oral representation that the motion for summary judgment (doc. no. 18) is fully addressed by this court's order granting the motion to dismiss (doc. no. 23), it is ORDERED that the motion for summary judgment (doc. no. 18) is denied as moot.

DONE, this the 30th day of January, 2007.

                               /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE