IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARIE TOOLE and CHRIS TOOLE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-00652-MHT |
| | ) |
| MATTHEW CHUPP; DON BRAMLETT | ) |
| and ALFA INSURANCE COMPANY | ) |
| and fictitious defendants A-F, | ) |
| | ) |
| Defendants. | ) |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

On behalf of the parties, the undersigned reports to the Court that the attorneys have discussed settlement and, while unable at this point to reach settlement, have agreed to pursue mediation. The parties are attempting to schedule mediation during the latter part of February, 2007.

/s/ *Randall Morgan*
RANDALL MORGAN [MOR037]
Attorney for Defendants Matthew Chupp
and Don Bramlett

OF COUNSEL:

HILL, HILL, CARTER, FRANCO,
    COLE & BLACK, P.C.
425 South Perry Street
P.O. Box 116
Montgomery, AL 36101-0116
(334) 834-7600
(334) 263-5969 - FAX

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing has been duly served by **e-mail** and by placing a copy of same in the **U.S**. **Mail**, properly addressed and first class postage prepaid this the 5th day of February upon the following:

Jim S. Calton, Jr., Esq.
CALTON & CALTON
226 East Broad Street
P O Box 895
Eufaula, AL 36072

Courtney R. Potthoff, Esq.
Joel P. Smith, Jr., Esq.
WILLIAMS, POTTHOFF,
   WILLIAMS & SMITH, LLC
125 South Orange Avenue
Eufaula, Alabama 36072


          /s/ *Randall Morgan*
          OF COUNSEL